TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
MAXIM GUTSU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-CR-0272-DAD |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER ON RETURN OF PASSPORT AND SETTING BOND DURING TRAVEL (PROPOSED)** |
| DENIS GUTSU & MAXIM GUTSU, | ) |
| Defendants. | ) Judge:   Hon. Chi Soo Kim |

On March 6, 2024, the Court granted defendant Maxim Gutsu's motion to allow international travel and for temporary return of his passport. ECF 37, 41. The Court ordered Maxim Gutsu to post an unsecured bond in the amount of $200,000 to be cosigned by his parents, Nina and Yuriy Gutsu, and his brother, Igor Gutsu, effective for the duration of the travel, and to provide a detailed travel itinerary to Pretrial Services, including flight and lodging confirmation.

On May 6, 2024, Pretrial Services advised defense counsel that the agency had "received all the necessary itinerary and travel information needed for" Mr. Gutsu. Defense counsel also provided a $200,000 bond, signed by defendant and his three sureties, to the Courtroom Deputy Clerk.

-1-

-2-

Accordingly, the Court hereby ORDERS that the Clerk of the Court shall return Mr. Gutsu's passport to him once this order is filed.

Mr. Gutsu shall return the passport to the Clerk of the Court no later than 4:00 p.m. on June 11, 2024.

The bond is hereby ordered and shall remain in effect until Mr. Gutsu returns to the Eastern District of California, checks in with Pretrial Services, and surrenders his passport. At that time, the bond shall be exonerated.

IT IS SO ORDERED.

Dated: May 7, 2024

HON. CHI SOO KIM
United States Magistrate Judge