TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
MAXIM GUTSU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-0272-DC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER MODIFYING A CONDITION OF RELEASE** |
| MAXIM GUTSU, | |
| Defendants. | Judge:   Hon. Jeremy D. Peterson |

    Plaintiff, United States of America, and defendant Maxim Gutsu, through their respective attorneys, hereby stipulate that the condition no. 5 of pretrial release ordered on November 6, 2023, doc. 29, may be modified as to defendant Maxim Gutsu as follows:  "You must restrict your travel to the Eastern District of California and the Northern District of California unless approved in advance by the pretrial services officer."

/ / / / /

/ / / / /

/ / / / /

/ / / / /

This modification is made at the request of Mr. Gutsu's supervising pretrial services officer, who notes that Mr. Gutsu was released on his own recognizance, that there are no third-party custodians, and that Pretrial is agreeable to the modification.

Respectfully Submitted,

Dated: May 29, 2025  /s/ Tim Zindel
TIMOTHY ZINDEL
Attorney for Maxim Gutsu

MICHELE BECKITH
Acting United States Attorney

Dated: May 29, 2025  /s/ T. Zindel for N. Fogg
NICHOLAS FOGG
Assistant U.S. Attorney

**O R D E R**

The above modification is adopted.

IT IS SO ORDERED.

Dated: May 29, 2025
HON. JEREMY D. PETERSON
United States Magistrate Judge