TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA 95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
MAXIM GUTSU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MAXIM GUTSU,<br>Defendants. | Case No. 2:23-CR-0272-DC<br><br>**STIPULATION AND ORDER FOR RETURN OF PASSPORT**<br><br>Judge: Hon. Jeremy D. Peterson |

Plaintiff, United States of America, and defendant Maxim Gutsu, through their respective attorneys, hereby stipulate that the Court should issue an order directing the Clerk of the Court to return Mr. Gutsu's U.S. passport to him.

District Judge Coggins sentenced Mr. Gutsu to a term of probation on August 28, 2026. That action terminated Mr. Gutsu's pretrial release obligations, which included the surrender of his passport. He surrendered his passport to the Clerk on November 2, 2023, ECF 27, and again on June 10, 2024, after he was allowed to travel to Moldova, ECF 50.

/////

/////

The Clerk's Office advised defense counsel that an order is required before it may release the passport.

Respectfully Submitted,

Dated: September 9, 2026

*<u>/s/ Tim Zindel</u>*
TIMOTHY ZINDEL
Attorney for Maxim Gutsu

ERIC GRANT
United States Attorney

Dated: September 9, 2036

*<u>/s/ T. Zindel for N. Fogg</u>*
NICHOLAS FOGG
Assistant U.S. Attorney

**O R D E R**

The Clerk's Office is directed to release Mr. Gutsu's U.S. passport to Mr. Gutsu or to defense counsel.

IT IS SO ORDERED.

Dated: September 9, 2026

HON. JEREMY D. PETERSON
United States Magistrate Judge